# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## SAN ANTONIO DIVISION

____ SEALED  _X_ UNSEALED

CASE NO. _____  **SA09CR900 OG**

USAO# 2009R13910                COUNTY: Bexar

DATE: November 17, 2009         MAG.CT.#: _____    FBI #: _____

ASSISTANT U.S. ATTORNEY: Bill Baumann         DEF. D.O.B.: ███

Civil Rights DOJ: C. Lomax/J. Blumberg(DOJ/CRT)

DEFENDANT: DANIEL MELGOZA                      DEF. SSN: _____

DEFENDANT'S A/K/A'S: _____

DEFENDANT'S ADDRESS: _____

CITIZENSHIP:   United States: ____     Mexican ____     Other: ____

INTERPRETER NEEDED: Yes: ____     No: ____     Language: ____

DEFENSE ATTORNEY'S NAME: Marilyn Bradley
                        Employed: ____  Appointed: ____

DEFENSE ATTORNEY'S ADDRESS: 924 Camaron, San Antonio, TX 78212 (210) 639-5319

DEFENDANT :In Jail: ____ Where: _____    Writ Attached: ____

           On Bond: ____  RECOMMENDATION: $10,000 Personal Recognizance

TO BE ARRESTED: Issue Summons   DATE OF ARREST: __   BENCH WARRANT NEEDED: No

PROBATION OFFICER: _____    NAME & ADDRESS OF SURETY: _____

PROSECUTION BY:       X   INDICTMENT    ____ INFORMATION    OTHER ____

OFFENSE: (Code & Description) Counts 1&2: 18/242 - Deprivation of Rights under Color of Law, Counts 3&4: 18/1519-Falsification of Records in Federal Investigation

OFFENSE IS:  FELONY X   CLASS A MISDEMEANOR ____   CLASS B/C PETTY OFFENSE ____

MAXIMUM SENTENCE: As to Counts 1&2: 10 years; 3 years supervised release; $250,000 fine. As to Counts 3&4: 20 years; 3 years supervised release; $250,000

PENALTY IS MANDATORY: Yes: ___  No: ___  As to special assessment only.

REMARKS:   CASE AGENT NAME /AGENCY: Mirella Rodriguez, FBI

Rev. 4/2009